UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JATIN CHOPRA, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>DIDI GLOBAL INC. f/k/a XIAOJU KUAIZHI INC., WILL WEI CHENG, ALAN YUE ZHUO, JEAN QING LIU, STEPHEN JINGSHI ZHU, ZHIYI CHEN, MARTIN CHI PING LAU, KENTARO MATSUI, ADRIA PERICA, DANIEL YONG ZHANG, GOLDMAN SACHS (ASIA) L.L.C., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., BARCLAYS CAPITAL INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CITIGROUP GLOBAL MARKETS INC., GUOTAI JUNAN SECURITIES (HONG KONG) LIMITED, HSBC SECURITIES (USA) INC., UBS SECURITIES LLC, BOCI ASIA LIMITED, BOCOM INTERNATIONAL SECURITIES LIMITED, CCB INTERNATIONAL CAPITAL LIMITED, CLSA LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, FUTU INC., ICBC INTERNATIONAL SECURITIES LIMITED, MIZUHO SECURITIES USA LLC, and TIGER BROKERS (NZ) LIMITED,<br><br>          Defendants. | Civil Action No. 1:21-cv-05973-LAK |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Plaintiff Jatin Chopra ("Plaintiff"), and Defendant DiDi Global Inc. ("Defendant"), by and through their respective undersigned counsel, and subject to this Court's approval, agree and stipulate as follows:

WHEREAS, Plaintiff filed a securities class action complaint against Defendant and others in the above-captioned case on July 12, 2021 (the "Complaint");

WHEREAS, Plaintiff served Defendant with the Complaint on August 13, 2021;

WHEREAS, the undersigned counsel for Defendant has agreed to accept service of the Complaint on behalf of Defendant;

WHEREAS, under Fed. R. Civ. P. 12, Defendant's response to the Complaint must be filed no later than September 3, 2021;

WHEREAS, this action is governed by the lead plaintiff and lead plaintiff's counsel selection procedures of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3);

WHEREAS, the deadline under the PSLRA for members of the purported class to file motions for appointment as lead plaintiff in this action is September 7, 2021;

WHEREAS, it is anticipated that the lead plaintiff, once appointed, will seek to file an amended consolidated complaint;

WHEREAS, the parties agree that Defendant need not respond to the Complaint because any amended complaint that the lead plaintiff would file would supersede the Complaint; and

WHEREAS, the parties anticipate that the lead plaintiff and Defendant will confer regarding a schedule that addresses the timeline for filing of an amended consolidated complaint and Defendant's response.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

Defendant is not obligated to respond to the Complaint filed in this action at this time.

Respectfully submitted,

Dated: September 1, 2021

| | |
|---|---|
| */s/ Corey Worcester* | */s/ Jeffrey P. Campisi* |
| Corey Worcester | Jeffrey P. Campisi |
| Renita Sharma | Robert N. Kaplan |
| Jacob Waldman | Frederic S. Fox |
| Quinn Emanuel Urquhart & Sullivan, LLP | Pamela A. Mayer |
| 51 Madison Avenue, 22nd Floor | 850 Third Avenue, 14th Floor |
| New York, New York 10038 | New York, New York 10022 |
| Tel: (212) 849-7000 | Tel: (212) 687-1980 |
| Fax: (212) 849-7100 | Fax: (212) 687-7714 |
| coreyworcester@quinnemanuel.com | jcampisi@kaplanfox.com |
| renitasharma@quinnemanuel.com | rkaplan@kaplanfox.com |
| jacobwaldman@quinnemanuel.com | ffox@kaplanfox.com |
| | pmayer@kaplanfox.com |
| *Attorneys for Defendant DiDi Global Inc.* | *Attorneys for Plaintiff* |

**SO ORDERED.**

DATED: 9/2/2021

/s/ Lewis A. Kaplan   /PCM
Hon. Lewis A. Kaplan, U.S. District Judge